# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Cogan, Brian M. | U.S. District Court, ED of NY | 05/15/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination, Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2010<br>to<br>12/31/2010 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| US Courthouse<br>225 Cadman Plaza East<br>Brooklyn, NY 11201 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**Cogan, Brian M.**

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2010 | Hogan Lovells US LLP, Attorney |
| 2. | 2010 | Hogan Lovells International LLP, Attorney |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Judicial Center | March 4-5, 2010 | Durham, NC | The Law and Terrorism Seminar | Seminar , transportation, meals, hotel |
| 2. | Federal Bar council | October 1-3, 2010 | Lenox, MA | Fall Bench and Bar Retreat | Meeting package and meals |
| 3. | New York State Bar Association | May 21-23, 2010 | Bolton Landing, NY | Commercial and Trading Litigation | Transportation, hotel and food |
| 4. | Federal Judicial Center | October 28, 2010 | New York, New York | Preparation of 2009 FDR | Professional fees |
| 5. | Federal Judicial Center | March 26-April 3, 2010 | Ecuador | Internet Charges | Internet Charges |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/15/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Chase Visa | Credit Card | J |
| 2. Amex Platinum | Credit Card | K |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. JPMorgan Chase Bank account | A | Interest | M | T | | | | | |
| 2. Housing Programs Limited, Partners, partnership | A | Int./Div. | J | U | | | | | |
| 3. Compark Owners Corp., stock, (preferred) | A | Dividend | J | U | | | | | |
| 4. Brokerage Account #8 | | | | | | | | | |
| 5. - JP Morgan TR I NY Muni Money MKT Fund | B | Dividend | M | T | | | | | |
| 6. - Franklin Templeton Funds NY Tax Free Income | A | Dividend | K | T | | | | | |
| 7. Brokerage Account #10 | | | | | | | | | |
| 8. - JPMorgan TR I Prime Money Mkt FD | A | Dividend | J | T | | | | | |
| 9. - Reserve Fund Primary Fund Treasury Class | A | Distribution | | | Closed | 12/31/10 | J | | |
| 10. - Causeway International Value Fund | A | Dividend | J | T | | | | | |
| 11. - Cullen High Dividend Equity Fund | A | Dividend | J | T | | | | | |
| 12. - Davis New York Venture Fund Inc. Cl A | A | Dividend | J | T | | | | | |
| 13. - Harbor Small Cap Value Fund | A | Dividend | J | T | | | | | |
| 14. - Ishares Tr Barclays 1-3 Yr Treas.(ETFS) | A | Dividend | J | T | | | | | |
| 15. - Ishares MSCI EAFE Index Fund (ETFS) | A | Dividend | J | T | | | | | |
| 16. - Ishares Trust Russell Midcap Index Fund (ETFS) | A | Dividend | K | T | | | | | |
| 17. - Ishares Russell 2000 Growth Index Fund (ETFS) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Ishares Trust Barclays US Aggr Bond Fund | A | Dividend | J | T | | | | | |
| 19. - Janus Adviser Ser Forty Fund | | None | J | T | | | | | |
| 20. - PIMCO High Yield Fund Cl A | B | Dividend | K | T | | | | | |
| 21. - Thornburg Intl Value Fund | A | Dividend | J | T | | | | | |
| 22. - SPDR Dow Jones REIT (formerl SPDR Ser Tr DJ Wilshire) | A | Dividend | J | T | | | | | |
| 23. - Powershares DB Commodity Index | | None | J | T | | | | | |
| 24. Brokerage Account #14 | | | | | | | | | |
| 25. - JP Morgan TR I NY Muni Money MKT Fund (Y) | | | | | | | | | see note in Part VIII |
| 26. Brokerage Account #16 | | | | | | | | | |
| 27. - Alliance Bernstein Intl Value Fund CL A (Y) | | | | | | | | | see note in Part VIII |
| 28. - Alpine International Real Estate Equity Fund | A | Dividend | K | T | | | | | |
| 29. - Alger Smidcap Growth Fund Cl A | | None | K | T | | | | | |
| 30. - Aston Funds Montag & Caldwell Growth Fd | A | Dividend | K | T | | | | | |
| 31. - Baron Asset Fd I Opportunity Fund | | None | K | T | | | | | |
| 32. - Blackrock New York Muni Fund Cl A | C | Dividend | L | T | Sold (part) | 10/07/10 | K | C | |
| 33. - Columbia FDS SER TR Small Cap Value II FD | A | Dividend | J | T | | | | | |
| 34. -Causeway International Value Fund Investor Class | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R = Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V = Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. - Cullen High Dividend Equity Fund | A | Dividend | K | T | Buy (add'l) | 10/07/10 | K | | |
| 36. - Evergreen Equity TR (Y) | | | | | | | | | see note in Part VIII |
| 37. -Janus Invt FD Forty Fd CL S | | None | K | T | | | | | |
| 38. - Jennison Mid Cap Growth Fd Inc CL A (Y) | | | | | | | | | see note in Part VIII |
| 39. -JPMorgan TR I Intl Equity FD CL A | A | Dividend | K | T | | | | | |
| 40. -JPMorgan TR I Strategic Incm | B | Dividend | L | T | | | | | |
| 41. - JPMorgan TR I Tax Free Money Mkt Fd | A | Dividend | K | T | | | | | |
| 42. -Lazard Emerging Markets Port Open SHS | A | Dividend | K | T | | | | | |
| 43. - Legg Mason Western Asset Managed Muni Fund | C | Dividend | L | T | Sold (part) | 10/07/10 | J | B | |
| 44. -Manning and Napier Fund World Opportunities | A | Dividend | K | T | | | | | |
| 45. -Matthews Pacific Tiger Fund | A | Dividend | K | T | Buy (add'l) | 10/07/10 | J | | |
| 46. - Oppenheimer Value FD CL A | A | Dividend | K | T | | | | | |
| 47. -Oppenheimer International Growth Fund-CL A | A | Dividend | K | T | | | | | |
| 48. - Payden Invt Group High Income Fd | C | Dividend | K | T | | | | | |
| 49. - Perkins Mid Cap Value | A | Dividend | K | T | | | | | |
| 50. - Prudential Jennison Mid Cap Gr Fd(Formerly Jennison Mid ) | | None | K | T | | | | | see note in Part VIII |
| 51. - Prudential Jennison Nat Res Fd | A | Dividend | K | T | Buy | 10/07/10 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. - Rydex SGI Mid Cap Value Fund | A | Dividend | K | T | | | | | |
| 53. -Thornburg Intl Value Fund CL A | A | Dividend | K | T | | | | | |
| 54. - Wells Fargo Advtg Intermdt tax/amt-free Fund | B | Dividend | L | T | Sold (part) | 10/07/10 | K | B | |
| 55. - Wells Fargo Advantage Fds (Formerly Evergreen Equity TR) | A | Dividend | L | T | Buy (add'l) | 10/07/10 | K | | see note in Part VIII |
| 56. -Wasatch Advisors Funds Inc Small Cap | | None | J | T | | | | | |
| 57. Brokerage Statement #17 | | | | | | | | | |
| 58. JPMorgan TR 1 Tax Free Money Mkt Fund | A | Dividend | J | T | | | | | |
| 59. - Alpine International Real Estate Equity Fund-CL | A | Dividend | J | T | | | | | |
| 60. -Alger Smidcap Growth Fund CL A | | None | K | T | | | | | |
| 61. -Aston Funds Montag & Caldwell Growth Fd | A | Dividend | K | T | | | | | |
| 62. - Blackrock New York Muni Fund CL A | B | Interest | L | T | Sold (part) | 10/07/10 | K | B | |
| 63. -Baron Asset Fd I Opportunity fd | | None | K | T | | | | | |
| 64. - Columbia FDS SER TR Small Cap Value II FD CL A | A | Dividend | J | T | | | | | |
| 65. -Cullen High Dividend Equity Fund | A | Dividend | K | T | Buy (add'l) | 10/07/10 | K | | |
| 66. -Causeway International Value Fund Investor Class | A | Dividend | K | T | | | | | |
| 67. - Evergreen Equity TR Intrinsic Value Fund (Y) | | | | | | | | | see note in Part VIII |
| 68. -JPMorgan TR I Intl Equity FD CL A | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -JPMorgan TR I Strategic Incm Opptys | B | Dividend | L | T | | | | | |
| 70. -Janus Invt Fd Forty Fd Class S | | None | K | T | | | | | |
| 71. -Jennison Nat Res Fd Inc (Y) | | | | | | | | | see note in Part VIII |
| 72. -Jennison Mid Cap Growth Fd Inc CL A (Y) | | | | | | | | | see note in Part VIII |
| 73. -Lazard Emerging Markets Port Open SHS | A | Dividend | K | T | | | | | |
| 74. - Legg Mason Western Asset Managed Muni Fund | C | Dividend | L | T | Sold (part) | 10/07/10 | J | A | |
| 75. - Manning and Napier Fund World Opportunities Ser CL A | A | Dividend | J | T | | | | | |
| 76. - Matthews Pacific Tiger Fund | A | Dividend | K | T | Buy (add'l) | 10/07/10 | J | | |
| 77. -Oppenheimer International Growth Fund-CL A | A | Dividend | K | T | | | | | |
| 78. -Oppenheimer Value FD CL A | A | Dividend | K | T | | | | | |
| 79. -Perkins Mid Cap Value Fund | A | Dividend | K | T | | | | | |
| 80. -Payden Invt Group High Income Fd | C | Dividend | K | T | | | | | |
| 81. - Prudential Jennison Mid Cap Gr Fd(Formerly Jennison Mid ) | | None | K | T | . | | | | see note in Part VIII |
| 82. - Prudential Jennison Nat Res Fd (Formerly Jennison Nat Res) | A | Dividend | K | T | Buy (add'l) | 10/07/10 | J | | see note in Part VIII |
| 83. -Rydex SGl Mid Cap Value Fund | A | Dividend | K | T | | | | | |
| 84. -Thornburg Intl Value Fund CL A | A | Dividend | K | T | | | | | |
| 85. - Wells Fargo Advg Fd Intrinsic (formerly Evergreen Eqt Intr | A | Dividend | K | T | Buy | 10/07/10 | J | | see note in Part VIII |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Wells Fargo Advtg Intermdt Tax/Amt - Free Fund | B | Dividend | L | T | Sold (part) | 10/07/10 | J | B | |
| 87. -Wasatch Advisors Funds Inc Small Cap | | None | J | T | | | | | |
| 88. - Goldman Sachs Tollkeeper Fund | | None | J | T | | | | | |
| 89. IRA #1 | E | Int./Div. | P1 | T | | | | | |
| 90. - Blackrock Provident Instl FDS Tempfund | | | | | | | | | |
| 91. -Ishares Trust Barclays 1-3 YR Trea | | | | | | | | | |
| 92. -Ishares Trust Barclays US Aggr | | | | | Sold (part) | 10/07/10 | K | B | |
| 93. -Ishares Trust Ishares Barclays Treas Inflation | | | | | | | | | |
| 94. - Reserve Fund Primary Fund Tresury Class | | | | | | | | | |
| 95. -Alger Smidcap Growth Fund CL A | | | | | | | | | |
| 96. -Aston Funds Montag & Caldwell Growth FD CL | | | | | | | | | |
| 97. -Baron Asset Fd Iopportunity Fund | | | | | | | | | |
| 98. -Causeway International Value Fund Investor Class | | | | | | | | | |
| 99. -Cullen High Dividend Equity Fund | | | | | Buy (add'l) | 10/07/10 | K | | |
| 100. -Columbia FDS SER TR Small Cap Value II Fd CL | | | | | | | | | |
| 101. - Evergreen Equity TR (Y) | | | | | | | | | see note in Part VIII |
| 102. -ING Mutual Funds Global Real Estate Fund CL A | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. -Janus Invt Fd Forty Fd Class S | | | | | | | | | |
| 104. -Jennison Mid Cap Growth Fd Inc CL A (Y) | | | | | | | | | see note in Part VIII |
| 105. -Jennison Nat Res Fd Inc Cl A (Y) | | | | | | | | | see note in Part VIII |
| 106. -JPMorgan TR I Intl Equity FD CL A | | | | | | | | | |
| 107. -Lazard Emerging Markets Port Open SHS | | | | | Buy (add'l) | 10/07/10 | J | | |
| 108. -Oppenheimer Value Fd CL A | | | | | | | | | |
| 109. -Oppenheimer International Growth Fund-CL A | | | | | Buy (add'l) | 10/07/10 | J | | |
| 110. -Oppenheimer International Bond Fund-CL A | | | | | | | | | |
| 111. -Pimco Total Return Fund-CL A | | | | | Sold (part) | 10/07/10 | K | C | |
| 112. -Pimco High Yield Fund-CL A | | | | | | | | | |
| 113. -Perkins Mid Cap Value | | | | | | | | | |
| 114. -Prudential Jennison Nat Res (Formerly Jennison Nat Res ) | | | | | Buy (add'l) | 10/07/10 | J | | see note in Part VIII |
| 115. - Prudential Jennison Mid Cap (Formerly Jennison Mid Cap) | | | | | | | | | see note in Part VIII |
| 116. -Manning and Napier Fund Wold Opportunities | | | | | | | | | |
| 117. -Matthews Pacific Tiger Fund Dividend Reinvested | | | | | Buy (add'l) | 10/07/10 | K | | |
| 118. -Ridgeworth FDS Intermediate BD FD CL I | | | | | Sold (part) | 10/07/10 | K | B | |
| 119. -Rydex SGI Mid Cap Value Fund CL A | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. -Thornburg Intl Value Fund | | | | | | | | | |
| 121. - Wells Fargo Advantages Fds (Formerly Evergreen Equity) | | | | | Buy (add'l) | 10/07/10 | K | | see note in Part VIII |
| 122. IRA #2 | E | Int./Div. | P1 | T | | | | | |
| 123. -Alger Smidcap Growth Fund CL A | | | | | | | | | |
| 124. -Aston Funds Montag & Caldwell Growth FD CL N | | | | | | | | | |
| 125. -Ishares Trust Ishares Barclays Treas Inflation Protected | | | | | | | | | |
| 126. -Ishares Trust Barclays 1-3 YR Trea(Formerly Ishares Tr 1-3) | | | | | | | | | |
| 127. -Ishares Trust Barclays US Aggr(Formerly Ishares Tr Lehman) | | | | | Sold (part) | 10/07/10 | K | B | |
| 128. -Reserve Fund Primary Fund Treasury Class | | | | | | | | | |
| 129. -Baron Asset Fd I Opportunity Fund | | | | | | | | | |
| 130. -Blackrock Provident Instl FDS Tempfund | | | | | | | | | |
| 131. -Causeway Internal Value Fund Investor Class | | | | | | | | | |
| 132. -Cullen High Dividend Equity Fund | | | | | Buy (add'l) | 10/07/10 | K | | |
| 133. -Columbia FDS SER TR Small Cap Value II FD CL A | | | | | | | | | |
| 134. -Evergreen Equity TR Intrinsic Value FD CL A (Y) | | | | | | | | | see note in Part VIII |
| 135. -ING Mutual Funds Global Real Estate Fund CL A (Y) | | | | | | | | | see note in Part VIII |
| 136. -Ivy Global Natural Resources Fund CL A | | | | | Sold | 10/07/10 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. -Perkins Mid Cap Value FD Class J SHS | | | | | | | | | |
| 138. -Janus Invt Fd Forty Fd Class S | | | | | | | | | |
| 139. -Jennison Nat Res Fd Inc (Y) | | | | | | | | | see note in Part VIII |
| 140. -Jennison Mid Cap Growth Fd Inc CL A (Y) | | | | | | | | | see note in Part VIII |
| 141. -JPMorgan TR I Intl Equity FD CL A | | | | | | | | | |
| 142. -Lazard Emerging Markets Port Open SHS | | | | | Buy (add'l) | 10/07/10 | J | | |
| 143. -Manning And Napier Fund World Opportunities Ser CL A | | | | | | | | | |
| 144. -Matthews Pacific Tiger Fund Dividend Reinvested | | | | | Buy (add'l) | 10/07/10 | K | | |
| 145. -Oppenheimer Value Fd CL A | | | | | | | | | |
| 146. -Oppenheimer International Grwoth Fund- CL A | | | | | Buy (add'l) | 10/07/10 | J | | |
| 147. -Oppenheimer International Bond Fund- CL A | | | | | | | | | |
| 148. -Pimco Total Return Fund CL A | | | | | Sold (part) | 10/07/10 | K | B | |
| 149. -Pimco High Yield Fund-CL A | | | | | | | | | |
| 150. -Prudential Jennison Nat Res (Formerly Jennison Nat Res ) | | | | | Buy (add'l) | 10/07/10 | J | | see note in Part VIII |
| 151. - Prudential Jennison Mid Cap (Formerly Jennison Mid Cap) | | | | | | | | | see note in Part VIII |
| 152. -Ridgeworth FDS Intermediate BD FD CL I | | | | | Sold (part) | 10/07/10 | L | B | |
| 153. -Rydex SGI Mid Cap Value Fund CL A | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15.001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000.001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -Thornburg Intl Value Fund CL A | | | | | | | | | |
| 155. - Wells Fargo Advg Fd Intrinsic (formerly Evergreen Eqt Intr | | | | | Buy (add'l) | 10/07/10 | K | | see note in Part VIII |
| 156. Retirement Plan for Partners #3 | A | Int./Div. | | | Closed | 04/30/10 | M | | |
| 157. - Fidelity Retire MMKT | | | | | Closed | 04/30/10 | M | | |
| 158. - FID Freedom 2025 | | | | | Closed | 04/30/10 | K | | |
| 159. Retirement Plan for Partners #4 | | None | M | T | | | | | |
| 160. - NB Kaminsky II | | | | | Open | 04/30/10 | J | | |
| 161. - NB Kaminsky III | | | | | Open | 04/30/10 | K | | |
| 162. - FID Retire Money Market | | | | | Open | 04/30/10 | M | | |
| 163. College Access 529 Plan #2 | | None | L | T | | | | | |
| 164. -Portfolio 005 | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/15/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) Part VII, page 5 , line 25: The income and value of the asset of "JPMorgan TR I NY Muni Money MKT Fund" were below the reporting thresholds.

2) Part VII, page 5 , line 27: The income and value of the asset of "Alliance Bernstein Intl Value Fund" were below the reporting thresholds.

3) Part VII, page 6, line 36; page 6, line 55; page 9, line 101; page 11, line 121: The name of asset of "Evergreen Equity TR " was changed to "Wells Fargo Advantage Funds".

4) Part VII, page 6, line 38; page 6, line 50; page 8, line 72; page 8, line 81; page 10, line 104; page 10, line 115; page 12, line 140; page 12, line 151: The name of asset of "Jennison Mid Cap Growth Fund Inc CL A" was changed to "Prudential Jennison Mid Cap Growth Fund".

5) Part VII, page 7, line 67; page 8, line 85; page 11, line 134; page 13, line 155: The name of asset of "Evergreen Equity TR Intrinsic Value Fund " was changed to "Wells Fargo Advantage Funds Intrinsic Value Fd".

6) Part VII, page 8, line 71; page 8, line 82; page 10, line 105; page 10, line 114; page 12, line 139; page 12, line 150: "Jennison Natural Resource Fund" was changed to " Prudential Jennison Natural Resource Fund".

7) Part VII, page 11, line 135: The income and value of the asset of "ING Mutual Funds Global Real Estate Fund CL A" were below the reporting thresholds.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Brian M. Cogan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544